NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

FRITZ CLAPP, ESQ. (Cal. Bar No. 99197)
4010 Foothill Boulevard
Oakland, California 94601
Telephone 916-548-1014
Facsimile 888-467-2341
Email <mail@FritzClapp.com>

ATTORNEYS FOR: Plaintiff, HELLS ANGELS MOTORCYCLE

ORIGINAL FILED
08 APR 23 PH 3: 57
CLERK... M. WIEKING
... U.S. DISTRICT COURT
... DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation, Plaintiff(s), v. HEADGEAR, INC., a Virginia corporation, et al. Defendant(s) | CASE NUMBER CV 08 2119 VRW CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, HELLS ANGELS MOTORCYCLE CORPORATION
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| HELLS ANGELS MOTORCYCLE CORPORATION | Plaintiff |
| HEADGEAR, INC. | Defendant |
| 20/20 FASHIONS, INC. | Defendant |

4/22/08
Date

Sign

FRITZ CLAPP, ESQ.
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

FILED BY FAX PURSUANT TO LOCAL RULES WESTERN ATTORNEY SERVICES