1  FRITZ CLAPP   (Cal. Bar No. 99197)
   Attorney at Law
2  4010 Foothill Boulevard
   Oakland, California 94601
3  Telephone:   (916) 548-1014
   Facsimile:   (888) 467-2341
4  E-mail:      <mail@fritzclapp.com>

5  Attorney for Plaintiff
   HELLS ANGELS MOTORCYCLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**HEADGEAR, INC.**, a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV-08-2119-VRW<br><br>**PROOF OF SERVICE ON DEFENDANT HEADGEAR, INC.** |

# Coast to Coast Investigations

397 Little Neck Road, Bldg. 300, Suite 300
Virginia Beach, Virginia 23452

(757) 619-6810

Fax Line: (757) 463-1811

Name of Court: United States District Court for the Northern District of California
Style of Case:
Hell Angels Motorcycle Corp    VS:    Headgear Inc
Case #: CV-08-2119-VRW
Serve: Guy Stello

### Type of Service

__X__    Personal Service

_____    Delivered to the person found to be in charge of usual place of business or employment and given information of its purpose.
Person In Charge:

_____    Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found).

_____    Not found. After due diligence search, careful inquiry and diligent attempts at the address listed above, I am unable to effect service upon person or entity listed above.

### Certificate of Service:

The undersigned, being duly sworn states: I am 18 years of age or older and not a part to or otherwise have an interest in the above entitled action. I declare under penalty of perjury that this return is true and correct.

5/2/08  8:20am
Date of Service & Time
3409 Chandler Creek Rd
Virginia Beach  Va 23453

Process Server: Jeffrey Jillions
Coast to Coast Investigations
397 Little Neck Rd, Bldg. 3300, S. 300
Virginia Beach, VA 23452

Subscribed and sworn to before me, a Notary Public this 2 day of May, 2008, in the City of Virginia Beach and state of Virginia.

Notary Public #334217

My Commission expires: October 30, 2011