1  FRITZ CLAPP   (Cal. Bar No. 99197)
   Attorney at Law
2  4010 Foothill Boulevard
   Oakland, California 94601
3  Telephone:   (916) 548-1014
   Facsimile:   (888) 467-2341
4  E-mail:       <mail@fritzclapp.com>

5  Attorney for Plaintiff
   HELLS ANGELS MOTORCYCLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, a Nevada corporation, | **Case No. CV-08-2119-VRW** |
| Plaintiff, | |
| v. | **PROOF OF SERVICE ON DEFENDANT 20/20 FASHIONS, INC.** |
| **HEADGEAR, INC.**, a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive, | |
| Defendants. | |

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  05/02/2008  ,
by:

(1) personally delivering a copy of each to the individual at this place,  660 Southland Mall, #366 Hayward, CA 94545  ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is  Ricky Ramirez, Store Manager  ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 122.80 for travel and $ _____ for services, for a total of $ 122.80 .

Date: 05/02/2008

Server's signature

**Anibal Alejandro Merino**
Printed name and title

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
415-487-4140

Server's address