1  FRITZ CLAPP   (Cal. Bar No. 99197)
   Attorney at Law
2  4010 Foothill Boulevard
   Oakland, California 94601
3  Telephone:   (916) 548-1014
   Facsimile:    (888) 467-2341
4  E-mail:        <mail@fritzclapp.com>

5  Attorney for Plaintiff
   HELLS ANGELS MOTORCYCLE CORPORATION

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HEADGEAR, INC.**, a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | **Case No. CV-08-2119-VRW**<br><br><br><br>**REQUEST FOR ENTRY OF DEFAULT OF DEFENDANT 20/20 FASHIONS, INC.** |

Plaintiff Hells Angels Motorcycle Corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests the Clerk of this Court to enter default against Defendant 20/20 Fashions, Inc., on the grounds that said defendant has failed to answer or otherwise respond to Plaintiff's First Amended Complaint on file herein.

The court files and records in this case reveal the following:

1.   Plaintiff filed its First Amended Complaint on April 30, 2008 (Docket Entry No. 6).

2. Summons issued on April 23, 2008 (Docket Entry No. 4), requiring defendants' answer or response within 20 days after service.

3. Defendant 20/20 Fashions, Inc. was personally served with the Summons and First Amended Complaint on May 2, 2008 (Docket Entry No. 9).

4. At the time of filing this Request, no answer or other responsive pleading has been filed by Defendant 20/20 Fashions, Inc.

5. The time for Defendant 20/20 Fashions, Inc. to file an answer or otherwise plead has elapsed and has not been extended.

Upon information and belief, Defendant 20/20 Fashions, Inc. is not an infant, incompetent, or in the military.

The undersigned certifies that the foregoing facts are true and correct.

WHEREFORE, Plaintiff hereby requests the Clerk of this Court for Entry of Default against Defendant 20/20 Fashions, Inc., a California corporation.

Dated: May 27, 2008

_____
FRITZ CLAPP
Attorney for Plaintiff HELLS ANGELS
MOTORCYCLE CORPORATION