**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

June 4, 2008

RE:  CV 08-02119 VRW        HELLS ANGELS MOTORCYCLE-v- HEADGEAR INC

Default is entered as to Defendant, 20/20 Fashions, Inc. on June 4, 2008.

RICHARD W. WIEKING, Clerk

by*Gwen Agid*  
Case Systems Administrator

NDC TR-4  Rev. 3/89