**United States District Court**
For the Northern District of California

1
2
3
4
5
6  IN THE UNITED STATES DISTRICT COURT
7
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10 HELLS ANGELS MOTORCYCLE                    NO. CV 08-02119 VRW

11           Plaintiff,                      **CLERK'S NOTICE RE: FAILURE
      v.                                     TO FILE ELECTRONICALLY
12                                           AND/OR REGISTER AS AN E-
                                             FILER**
13 HEADGEAR INC
             Defendant.
14                                      /

15
16 On April 23, 2008, counsel for plaintiff filed a complaint and certificate of interested entities manually,
17 on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General
18 Order 45.

19
20 The above mentioned paper document has been filed and docketed. However, General Order 45
21 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
22 presumptively designated" as e-filing cases. Therefore, counsel for plaintiff should submit the above
23 entities, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
24 chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and
25 follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper,
26 as is the case with the above mentioned filing. All subsequent papers should be e-filed.

27
28 Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: June 4, 2008                                        <u>Gwen Agid</u>
                                                           Deputy Clerk