1  FRITZ CLAPP   (Cal. Bar No. 99197)
   Attorney at Law
2  4010 Foothill Boulevard
   Oakland, California 94601
3  Telephone:   (916) 548-1014
   Facsimile:    (888) 467-2341
4  E-mail:         <mail@fritzclapp.com>

5  Attorney for Plaintiff
   HELLS ANGELS MOTORCYCLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, a Nevada corporation, | Case No. CV-08-2119-VRW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE**<br>(Clerk's Notice re CMC) |
| **HEADGEAR, INC.**, a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive, | |
| Defendants. | |

//

//

//

//

//

//

//

CV-08-2119-VRW
CERTIFICATE OF SERVICE (Clerk's Notice)                                    Page 1

1   I hereby certify that the Clerk's Notice of May 6, 2008, was served on the parties
2   herein as follows on May 7, 2008:

3   Kevin M. Drucker, Esq.
    Mendelsohn & Associates, P.C.
4   1500 John F. Kennedy Blvd., Suite 405
    Philadelphia, PA 19102

***Counsel for Headgear, Inc.***                by email to <kevin@mendelip.com>

Khader El Shawa
660 Southland Mall
Hayward, CA 94545

***Agent for Service, 20/20 Fashion, Inc.***    by US Mail

Dated: May 7, 2008

_____
FRITZ CLAPP
Attorney for Plaintiff HELLS ANGELS
MOTORCYCLE CORPORATION