**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>HEADGEAR, INC, 20/20 FASHIONS, INC and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>_____/ | No   C 08-2119 VRW<br><br>ORDER |

　　　　On April 30, 2008, plaintiff Hells Angels Motorcycle Corporation filed an ex parte motion for expedited discovery. Doc #7. The motion was unaccompanied by an affidavit or declaration attesting to the facts upon which the motion was based, see Civil L R 7-5, and is therefore DENIED.

　　　　IT IS SO ORDERED.



　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　United States District Chief Judge