BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: 925-945-0200

Of Counsel:
Kevin M. Drucker
MENDELSOHN & ASSOCIATES, P.C.
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
Telephone: 215-557-6659

Attorneys for Defendant Headgear, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEADGEAR, INC., a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>Defendant. | Case No. CV-08-2119 (VRW)<br><br>**STIPULATED MOTION FOR 60-DAY CONTINUANCE OF SCHEDULING CONFERENCE AND RELATED ADR PROCEDURES** |

Plaintiff, Hells Angels Motorcycle Corporation ("HAMC") and Defendant Headgear, Inc. ("Headgear") jointly move to continue the scheduling conference, currently set for August 21, 2008, for an additional 60 days, and to continue ADR requirements that are based on the

STIPULATED MOTION FOR 60 DAY CONTINUANCE OF SCHEDULING CONFERENCE    1
Case No. 08-2119 VRW

1  scheduling conference date.  The parties are in the process of attempting to reach a settlement of
2  the pending litigation, and this stipulated continuance, agreed to by counsel for HAMC, Fritz
3  Clapp, and counsel for Headgear, Kevin Drucker, is being requested to provide the parties with
4  sufficient time to continue their settlement discussions.

5  DATED:  August 8, 2008

                                                   Respectfully submitted,

                                                   BRAMSON, PLUTZIK, MAHLER &
                                                   BIRKHAEUSER, LLP


                                                 By          /s/
                                                      Michael S. Strimling

                                                 Alan R. Plutzik (State Bar No. 77785)
                                                 Michael S. Strimling (State Bar No. 96135)
                                                 2125 Oak Grove Road, Suite 120
                                                 Walnut Creek, California 94598
                                                 925-945-0200

                                                 Of Counsel:
                                                 Kevin M. Drucker
                                                 Mendelsohn & Associates, P.C.
                                                 1500 John F. Kennedy Blvd., Suite 405
                                                 Philadelphia, Pennsylvania 19102
                                                 215-557-6659

                                                 Attorneys for Defendant Headgear, Inc.

                                                 FRITZ CLAPP


                                                 By          /s/(MSS)
                                                    Fritz Clapp   (Cal. Bar No. 99197)
                                                    4010 Foothill Boulevard
                                                   Oakland, California 94601
                                                   916-548-1014

                                                 Attorney for Plaintiff Hells Angels Motorcycle
                                                 Corporation


**<u>Attestation Pursuant To General Order 45</u>**

     I, Michael S. Strimling, attest that concurrence in the filing of this document has been
obtained from the other signatory.  I declare under penalty of perjury under the laws of the United

1  States that the foregoing is true and correct.  Executed this 8th day of August, 2008 at Walnut
2  Creek, California.
3
4                                                /s/ Michael S. Strimling