1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 77785)
2  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: 925-945-0200
4
   Of Counsel:
5  Kevin M. Drucker
   Mendelsohn & Associates, P.C.
6  1500 John F. Kennedy Blvd., Suite 405
   Philadelphia, Pennsylvania 19102
7  Telephone: 215-557-6659

8  Attorneys for Defendant Headgear, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEADGEAR, INC., a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>Defendant. | Case No. CV-08-2119 (VRW)<br><br>**[PROPOSED] ORDER RE STIPULATED MOTION FOR 60 DAY CONTINUANCE OF SCHEDULING CONFERENCE** |
|---|---|

[PROPOSED] ORER RE STIPULATED MOTION FOR 60 DAY CONTINUANCE OF SCHEDULING
CONFERENCE                                                                                      1
Case No. 08-2119 VRW

1   Upon consideration of the Stipulated Motion for 60-Day Continuance of Scheduling

2   Conference and Related ADR Procedures, it is hereby ORDERED that the scheduling conference,

3   currently set for August 21, 2008, be continued for an additional 60 days, to the date of

4   _____ at _____.m.

5

6

7   DATED: _____, 2008

8

9                                                    _____

10                                                   The Honorable Vaughn R. Walker
                                                     Judge of the United States District Court

[PROPOSED] ORDER RE STIPULATED MOTION FOR 60 DAY CONTINUANCE OF SCHEDULING
CONFERENCE                                                                                    2
Case No. 08-2119 VRW