1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 77785)
2  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: 925-945-0200
4
   Of Counsel:
5  Kevin M. Drucker
   Mendelsohn & Associates, P.C.
6  1500 John F. Kennedy Blvd., Suite 405
   Philadelphia, Pennsylvania 19102
7  Telephone: 215-557-6659

8  Attorneys for Defendant Headgear, Inc.

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

13 | HELLS ANGELS MOTORCYCLE              | Case No. CV-08-2119 (VRW)
   | CORPORATION, a Nevada corporation,   |
14 |                                      |
   |                    Plaintiff,        |
15 |                                      |
   |        v.                            | [PROPOSED]
16 |                                      | ORDER RE STIPULATED MOTION
   | HEADGEAR, INC., a Virginia corporation, | FOR 60 DAY CONTINUANCE OF
17 | 20/20 FASHIONS, INC., a California   | SCHEDULING CONFERENCE
   | corporation, and Does 1 through 100, |
18 | inclusive,                           |
19 |                                      |
20 |                    Defendant.        |

21

22

23

24

25

26

27

28 [PROPOSED] ORER RE STIPULATED MOTION FOR 60 DAY CONTINUANCE OF SCHEDULING
   CONFERENCE                                                                    1
   Case No. 08-2119 VRW

1  Upon consideration of the Stipulated Motion for 60-Day Continuance of Scheduling

2  Conference and Related ADR Procedures, it is hereby ORDERED that the scheduling conference,

3  currently set for August 21, 2008, be continued for an additional 60 days, to the date of

4  __October 16, 2008_____ at ___3:30p.m._____.m.

7  DATED: _____8/14_____, 2008

GRANTED
Judge Vaughn R Walker

The Honorable Vaughn R. Walker
Judge of the United States District Court

28  [PROPOSED] ORDER RE STIPULATED MOTION FOR 60 DAY CONTINUANCE OF SCHEDULING
CONFERENCE                                                                                2
Case No. 08-2119 VRW