BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
925-945-0200

Of Counsel:
MENDELSOHN & ASSOCIATES, P.C.
Kevin M. Drucker
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
215-557-6659

Attorneys for Defendant Headgear, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation, <br><br>   Plaintiff, <br><br> v. <br><br> HEADGEAR, INC., a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive, <br><br>   Defendants. | Civil Action No. CV-08-2119 (VRW) <br><br><br><br> **ORDER** |

Upon consideration of the Stipulated Motion for 30-Day Continuance of Scheduling Conference, it is hereby ORDERED that the scheduling conference, currently set for October 16, 2008, be continued ~~for an additional 30 days.~~ until 12/18/2008 at 3:30 P.M.

DATED: October 10, 2008           BY THE COURT:

_____
Vaughn

**GRANTED**
Judge Vaughn R Walker

ORDER
CV08-2119