**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, | No. C 08-2119   VRW |
| Plaintiff, | **ORDER OF REASSIGNMENT TO MAGISTRATE JUDGE** |
| v. | |
| HEADGEAR, INC., | |
| Defendant. | |

In accordance with the provisions of Title 28 U.S.C. Section 636(c) and Local Rule 72-1, it is HEREBY ORDERED that the above captioned case shall be reassigned to a United States Magistrate Judge to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 11, 2008

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE