BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
925-945-0200

Of Counsel:
MENDELSOHN & ASSOCIATES, P.C.
Kevin M. Drucker
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
215-557-6659

Attorneys for Defendant Headgear, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>HEADGEAR, INC., a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. CV-08-2119 (VRW)<br><br>**REQUEST FOR PARTICIPATION BY TELEPHONE IN INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: January 28, 2009<br>Time: 10:30 a.m.<br>Ctrm: F |

The undersigned counsel, Michael S. Strimling and Kevin M. Drucker, respectfully request to participate in the case management conference, currently scheduled for Wednesday, January 28, 2009 at 10:30 a.m., by telephone.

Michael Strimling may be reached at 925-945-0200; Kevin Drucker may be reached at 520-603-1789.

---

REQUEST FOR PARTICIPATION BY TELEPHONE IN INITIAL CASE MANAGEMENT CONFERENCE
57419
CV-08-2119-JL

| | | |
|---|---|---|
| 1 | Dated: January 22, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 4 | | |
| 5 | | By_____/s/_____ |
| 6 | | Michael S. Strimling |
| 7 | | Alan R. Plutzik (State Bar No. 77785) |
| 8 | | Michael S. Strimling (State Bar No. 96135) 2125 Oak Grove Road, Suite 120 Walnut Creek, California 94598 |
| 9 | | 925-945-0200 |
| 10 | | - and - |
| 11 | | Of Counsel: |
| 12 | | MENDELSOHN & ASSOCIATES, P.C. Kevin M. Drucker |
| 13 | | 1500 John F. Kennedy Blvd., Suite 405 Philadelphia, Pennsylvania 19102 |
| 14 | | 215-557-6659 520-603-1789 |
| 15 | | Attorneys for Defendant Headgear, Inc. |
| 16 | | |
| 17 | | |
| 18 | January 23, 2009 | |

**IT IS SO ORDERED**

*/s/ James Larson*

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR PARTICIPATION BY TELEPHONE IN INITIAL CASE MANAGEMENT CONFERENCE    1
57419
CV-08-2119-JL