FRITZ CLAPP   (Cal. Bar No. 99197)
Attorney at Law
4010 Foothill Boulevard
Oakland, California 94601
Telephone:   (916) 548-1014
Facsimile:   (888) 467-2341
E-mail:      <mail@fritzclapp.com>

Attorney for Plaintiff
HELLS ANGELS MOTORCYCLE CORPORATION

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **HEADGEAR, INC.**, et al., <br><br> Defendants. | Case No. CV-08-2119-JL <br><br> **REQUEST FOR PARTICIPATION BY TELEPHONE IN CASE MANAGEMENT CONFERENCE** <br> **[Civil L.R. 16-10(a)]** <br><br> Case Mgt. Conf.:   April 29, 2009 ~~April 15, 2009~~ <br> 10:30 a.m. <br> Courtroom F |

Undersigned counsel respectfully requests to participate in the scheduled case management conference by telephone.

Dated: April 6, 2009

_____
FRITZ CLAPP
Attorney for Plaintiff HELLS ANGELS MOTORCYCLE CORPORATION

CV-08-2119-JL                                                                                                      Page 1
REQUEST FOR TELEPHONIC PARTICIPATION IN INITIAL CASE MANAGEMENT CONFERENCE