BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
925-945-0200

Of Counsel:
MENDELSOHN & ASSOCIATES, P.C.
Kevin M. Drucker
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
215-557-6659

Attorneys for Defendant Headgear, Inc.

FRITZ CLAPP (Cal. Bar No. 99197)
Attorney at Law
4010 Foothill Boulevard
Oakland, California 94601
Telephone: 916-548-1014

Attorney for Plaintiff Hells Angels Motorcycle Corporation

IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a California corporation,<br><br>Plaintiff,<br>v.<br><br>HEADGEAR, INC., a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Civil Action No. CV-08-2119 JL<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: April 29, 2009<br>Time: 10:30 a.m.<br>Ctrm: F |

---

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT
57929
CV-08-2119-JL

The case remains in the status reported at the last Case Management Conference, when the case had settled pursuant to mediation. Additional undertakings and matters to be accomplished under the settlement are scheduled to take place before dismissal.

If the Court would like to further monitor the action or determine whether it has been concluded, the parties suggest a Case Management Conference could be scheduled for 60 days from today. Case Management Conference continued to June 10, 2009 at 10:30 a.m.

Dated: April 8, 2009              Respectfully submitted,


By     /s/
       Fritz Clapp (State Bar No. 99197)
       4010 Foothill Boulevard
       Oakland, CA 94601
       916-548-1014
       Attorney for Plaintiff Hells Angels
            Motorcycle Corporation


BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP


By     /s/
       Michael S. Strimling

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
925-945-0200

Of Counsel:
MENDELSOHN & ASSOCIATES, P.C.
Kevin M. Drucker
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
215-557-6659
520-603-1789

Attorneys for Defendant Headgear, Inc.

FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT                    1
57929
CV-08-2119-JL