BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
925-945-0200

Of Counsel:
MENDELSOHN & ASSOCIATES, P.C.
Kevin M. Drucker
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
215-557-6659

Attorneys for Defendant Headgear, Inc.

**IT IS SO ORDERED**
*Judge James Larson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation,<br><br>　　　Plaintiff,<br>v.<br><br>HEADGEAR, INC., a Virginia corporation, 20/20 FASHIONS, INC., a California corporation, and Does 1 through 100, inclusive,<br><br>　　　Defendants. | Civil Action No. CV-08-2119 (VRW)<br><br>**REQUEST FOR PARTICIPATION BY TELEPHONE IN INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: April 15, 2009<br>Time: 10:30 a.m.<br>Ctrm: F |

　　　The undersigned counsel, Michael S. Strimling and Kevin M. Drucker, respectfully request to participate in the case management conference, currently scheduled for Wednesday, April 15, 2009 at 10:30 a.m., by telephone.

　　　Michael Strimling may be reached at 925-945-0200; Kevin Drucker may be reached at 520-603-1789.

---

REQUEST FOR PARTICIPATION BY TELEPHONE IN INITIAL CASE MANAGEMENT CONFERENCE
57419
CV-08-2119-JL

| | | |
|---|---|---|
| 1 | Dated: April 6, 2009 | Respectfully submitted, |
| 2 | | |
| | | BRAMSON, PLUTZIK, MAHLER & |
| 3 | | BIRKHAEUSER, LLP |

By_____/s/_____
      Michael S. Strimling

Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
925-945-0200

- and -

Of Counsel:

MENDELSOHN & ASSOCIATES, P.C.
Kevin M. Drucker
1500 John F. Kennedy Blvd., Suite 405
Philadelphia, Pennsylvania 19102
215-557-6659
520-603-1789

Attorneys for Defendant Headgear, Inc.