1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (State Bar No. 77785)
2  Michael S. Strimling (State Bar No. 96135)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: 925-945-0200
4
   Of Counsel:
5  Kevin M. Drucker
   MENDELSOHN & ASSOCIATES, P.C.
6  1500 John F. Kennedy Blvd., Suite 405
   Philadelphia, Pennsylvania 19102
7  Telephone: 215-557-6659

8  Attorneys for Defendant Headgear, Inc.

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  HELLS ANGELS MOTORCYCLE                 Case No. CV-08-2119 (VRW)
    CORPORATION, a Nevada corporation,
14
                            Plaintiff,
15
          v.                               **STIPULATION FOR
16                                         CONTINUANCE OF CASE
    HEADGEAR, INC., a Virginia             MANAGEMENT CONFERENCE;
17  corporation,20/20 FASHIONS, INC., a    ORDER**
    California corporation, and Does 1 through
18  100, inclusive,

19                          Defendant.

20

21
          WHEREAS the parties consider that this matter has settled and intend to file a
22
    stipulated order, concluding the case,
23
          IT IS HEREBY STIPULATED by and between Plaintiff, Hells Angels Motorcycle
24
    Corporation ("HAMC") and Defendant Headgear, Inc. ("Headgear"), after consultation
25
    with the Court's Calendar Clerk, that the Case Management Conference currently
26

27

28
    _____
    STIPULATED MOTION FOR CONTINUANCE OF STATUS CONFERENCE              1
    Case No. 08-2119 VRW

1 | scheduled for June 10, 2009 be continued to July 8, 2009 at 10:30 a.m.

2 | DATED: June 2, 2009

3 | Respectfully submitted,

4 | BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP

5 |

6 |

7 | By_____/s/_____
Michael S. Strimling

8 | Alan R. Plutzik (State Bar No. 77785)
Michael S. Strimling (State Bar No. 96135)
9 | 2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
10 | 925-945-0200

11 | Of Counsel:
Kevin M. Drucker
12 | Mendelsohn & Associates, P.C.
1500 John F. Kennedy Blvd., Suite 405
13 | Philadelphia, Pennsylvania 19102
215-557-6659
14 |

15 | Attorneys for Defendant Headgear, Inc.

16 | FRITZ CLAPP

17 | By_____/s/(MSS)_____
Fritz Clapp (Cal. Bar No. 99197)
18 | 4010 Foothill Boulevard
Oakland, California 94601
19 | 916-548-1014

20 | Attorney for Plaintiff Hells Angels Motorcycle
Corporation
21 |

22 |

23 |

24 | **Attestation Pursuant To General Order 45**

25 | I, Michael S. Strimling, attest that concurrence in the filing of this document has

26 | been obtained from the other signatory. I declare under penalty of perjury under the laws

27 |

28 |

STIPULATED MOTION FOR CONTIUANCE OF STATUS CONFERENCE                    2
Case No. 08-2119 VRW

of the United States that the foregoing is true and correct.  Executed this 2nd day of June, 2009 at Walnut Creek, California.

/s/ Michael S. Strimling

### ORDER

It is hereby ordered that the Case Management Conference currently scheduled for June 10, 2009 be continued to July 8, 2009 at 10:30 a.m.

Dated: ___June 3, 2009___

_____

Chief United States Magistrate Judge