UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION,**<br><br>    Plaintiff,<br><br>v.<br><br>**HEADGEAR, INC.,**<br><br>    Defendant. | Case No. CV-08-2119-JL<br><br>[~~PROPOSED~~] **PERMANENT INJUNCTION AGAINST DEFENDANT HEADGEAR, INC.** |

Having considered the Stipulation for Entry of Permanent Injunction filed herein by Plaintiff HELLS ANGELS MOTORCYCLE CORPORATION ("Plaintiff HAMC") and Defendant HEADGEAR, INC. ("Defendant HEADGEAR"), and good cause appearing therefor,

It is hereby ORDERED, ADJUDGED and DECREED that:

1.   This court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331 and 1338.

2.   Venue is proper in this District as to Defendant HEADGEAR.

3.   The First Amended Complaint against Defendant HEADGEAR states a claim

upon which relief may be granted under 15 U.S.C. § 1125(d).

4. Plaintiff HAMC and Defendant HEADGEAR have waived all rights to appeal or otherwise challenge or contest the validity of this judgment and order.

5. The facts alleged in the First Amended Complaint shall be taken as true for the purpose of a non-dischargeability complaint in any bankruptcy proceeding.

6. The claims of Plaintiff HAMC arising prior to the entry of this order for permanent injunction shall be, and hereby are, dismissed with prejudice.

7. Defendant HEADGEAR shall be permanently enjoined from using the HELLS ANGELS Marks, or any confusingly similar marks or designs, on or in connection with any item of apparel or merchandise. For purposes of this order and injunction, "HELLS ANGELS Marks" shall include the word mark "HELLS ANGELS" and any design incorporating the words "HELLS ANGELS".

8. Defendant HEADGEAR shall affirm and keep in force its previously announced recall policy regarding its products that were distributed in commerce with the HELLS ANGELS Marks, that all such products should be returned to Defendant HEADGEAR for equal merchandise credit; all such returned items shall be destroyed.

9. Jurisdiction shall be retained for the purpose of enabling any party to this judgment to apply to the Court at any time for such further orders or directions as may be necessary or appropriate for the carrying out of this judgment, for the resolution of any dispute or for the modification or termination of any of the injunctive provisions herein, for the enforcement of compliance therewith, and the punishment of violation thereof.

Dated: July 7, 2009

_____
James Larson
United States Magistrate Judge